# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07CR1283WQH |
| Plaintiff, | ORDER |
| vs. | |
| CRISTOBAL FERNANDO GONZALES, | |
| Defendant. | |

Hayes, Judge:

The matter before the Court is the letter request by the Defendant to amend the judgment entered in this case to recommend that his custody time be spent in a Federal Prison Camp. On September 6, 2007, this Court entered a Judgment committing the Defendant to the custody of the United States Bureau of Prisons to be imprisoned for a term of three (3) months. This Court has no jurisdiction to correct or modify criminal judgment at this stage in the proceedings. *See,* Rule 35(a) of the Federal Rules of Criminal Procedure. Defendant's letter request to modify the judgment is denied.

DATED: September 18, 2007

                                                 **WILLIAM Q. HAYES**
                                                 United States District Judge